# DEFENDANT INFORMATION SHEET

**TO:** Clerk, U.S. District Court     [X] Felony     [ ] Class A Misdemeanor

**DEFENDANT:** David Morrison     [X] Indictment     [ ] Information

**DOB (Year Only)** 1974     **COUNTY OF OFFENSE:** Kent

| OFFENSE(S) & CITATION(S): | MAXIMUM PENALTIES: |
|---|---|
| Count One: 18 U.S.C. § 2252A(a)(1) and (b)(1) – Transportation of Child Pornography | 20 years imprisonment w/ mand. min. 5 years; lifetime of supervised release, w/ mand. min. 5 years; $250,000 fine; $100 special assessment; $5,000 Special Assessment per 18 U.S.C. § 3014. |
| Count Two: 18 U.S.C. § 2252A(a)(2) and (b)(1) – Receipt of Child Pornography | 20 years imprisonment w/ mand. min. 5 years; lifetime of supervised release, w/ mand. min. 5 years; $250,000 fine; $100 special assessment; $5,000 Special Assessment per 18 U.S.C. § 3014. |
| Count Three: 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) – Possession of Child Pornography | 10 years imprisonment; lifetime of supervised release, w/ mand. min. 5 years; $250,000 fine; $100 special assessment; $5,000 Special Assessment per 18 U.S.C. § 3014. |

## INSTRUCTIONS

[X] Order to Produce for Arraignment on: 9/14/2023   at 1:00 p.m.

[ ] Issue Arrest Warrant upon signing of Order

[ ] Issue Summons for Initial Appearance on:     at

[ ] Interpreter Needed     Language

## DEFENDANT INFORMATION

Defendant's Address:   Federal Detention Center, Philadelphia

City:              County:              State:              Zip:

Date of Arrest:  8/1/2023     Date of 1st Appearance in this District   8/2/2023

Bail Set:          Date Made:          Remains in Federal Custody  [X]


*/s/Briana Knox*
Briana Knox
Assistant United States Attorney