No. _ _ _ _ _ _ _ _ _ _

UNITED   STATES   DISTRICT   COURT

District of Delaware

THE UNITED STATES OF AMERICA

vs.

DAVID MORRISON

INDICTMENT

**A true bill.**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Foreperson**

Filed in open court this _ _ _ _ _ _ _ _ _ day,

of _ _ _ _ _ _ _ _ _ 20_

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Clerk**

I, DAVID Morrison, having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of NOT guilty to the Indictment filed in this case.

Dated this NOT day of 14th, 2023

Deft.

Cnsl.